AO 442 (Rev. 11/11) Arrest Warrant

UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

**FILED**

MAR 2 0 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

United States of America
v.

AVIN MARSALIS BROWN (aka Musa Brown)

_____
Defendant

) ) ) ) ) ) )

Case No. 5:14-MJ-1181-1

RECEIVED
MAR 2 0 2014
U.S. Marshals Service, EDNC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* AVIN MARSALIS BROWN ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2339A: Conspiracy to provide material support and resources, knowing and intending that they be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956 (conspiracy to kill or maim persons outside the United States)

Date: 3/20/14

_____
Issuing officer's signature

City and state: Raleigh, North Carolina

William A. Webb, USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 3/20/14 , and the person was arrested on *(date)* 3/19/14
at *(city and state)* RDU Airport Raleigh NC.

Probable Cause Arrest

Date: 3/20/14

Elliott Smith, FBI
*Arresting officer's signature*

Samantha Janner USMS E/NC
*Printed name and title*

Case 5:14-cr-00058-FL   Document 13   Filed 03/20/14   Page 1 of 1