IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-58-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DESIGNATING CLASSIFIED |
| | ) | INFORMATION SECURITY OFFICERS |
| AVIN MARSALIS BROWN and | ) | |
| AKBA JIHAD JORDAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own initiative to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States. This Court hereby designates Jennifer H. Campbell as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons as Alternate Classified Information Security Officers, to serve in the event Ms. Campbell is unavailable: Daniel O. Hartenstine, Branden M. Forsgren, Christine E. Gunning, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

SO ORDERED, this the 21st day of May, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge