UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-58-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| **AVIN MARSALIS BROWN** | ) | |

Upon motion of the United States, it is hereby ORDERED Docket Entry number **53** be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

This the <u>21st</u> day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE
LOUISE W. FLANAGAN