IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-58-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AVIN MARSALIS BROWN, | ) | |
|    a/k/a Musa Brown | ) | |
| AKBA JIHAD JORDAN, | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

FILED

OCT 0 8 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

On 22 August 2014, the Government filed an *ex parte in camera* Motion to delete certain information from discovery pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Rule 16(d) of the Federal Rules of Criminal Procedure.[1] Regarding the Government's motion, the Court filed on *ex parte* Order on 1 October 2014.[2] The Government subsequently replied in part and requested a continuance of 14 days to fully comply with the Court's Order.

After a careful *in camera* review of the Government's memorandum, I find that the United States has demonstrated good cause in support of their request and that the interests of justice are best served by allowing this continuance.

---

[1] A redacted version of this motion (removing all classified information) was filed on the public docket by the Government.

[2] Prior to 1 November 2014, the Government will file a redacted version of this Order (removing all classified information) on the public docket.

Therefore, the Government's requested continuance of 14 days to respond to this Court's 1 October 2014 Order is HEREBY GRANTED. The Government is HEREBY ORDERED to respond to said Order no later than 22 October 2014.

_____
UNITED STATES DISTRICT JUDGE
LOUISE W. FLANAGAN