IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-58-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AVIN MARSALIS BROWN and | ) | |
| AKBA JIHAD JORDAN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes now before the court on government's motion to be relieved of further compliance with the court's order (DE 94). The position of the defendants, who await sentencing, is not reported. Counsel for the government shall confer with their counsel and supplement the record to include the position of defendants as to this motion, within 10 days. Should any defendant wish to respond separately, response time will be permitted. The government's supplement also shall inform as to whether a separate response by either defendant will be forthcoming.

SO ORDERED, this the 22nd day of October, 2014.

_____
LOUISE W. FLANAGAN
United States District Court Judge

1