UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-58-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| AVIN MARSALIS BROWN | |

On motion of the Defendant, AVIN MARSALIS BROWN, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #125 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the 27th day of July, 2015.

_____
LOUISE WOOD FLANAGAN
United States District Judge