UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-58-1FL
No. 5:14-CR-58-2FL

UNITED STATES OF AMERICA

v.

AVIN MARSALIS BROWN
AKBA JIHAD JORDAN

ORDER

On motion of the Defendants, AVIN MARSALIS BROWN AND AKBA JIHAD JORDAN, and for good cause shown, it is hereby ORDERED that the Motion at Docket Entry #173 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the  13th  day of May, 2016.

_____
LOUISE WOOD FLANAGAN
United States District Judge